AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AVIONICS SUPPORT GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br> NAVAERO, INC. and <br> GLOBAL EAGLE ENTERTAINMENT, INC. <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 16-CV-25310-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Global Eagle Entertainment, Inc.
5251 NW 96th Drive
Coral Springs, Florida 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. Graziano, Esq.
Florida Bar No. 052149
2390 Tamiami Trail North, Suite 100
Naples, FL 34103
Phone: (239) 227-2880
Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Dec 23, 2016

Steven M. Larimore
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AVIONICS SUPPORT GROUP, INC.<br><br>*Plaintiff(s)*<br>v.<br>NAVAERO, INC. and<br>GLOBAL EAGLE ENTERTAINMENT, INC.<br><br>*Defendant(s)* | Civil Action No.  16-CV-25310-FAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   navAero, Inc.
100 N. Biscayne Boulevard Way
Suite 1400
Miami, Florida 33132


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. Graziano, Esq.
Florida Bar No. 052149
2390 Tamiami Trail North, Suite 100
Naples, FL 34103
(239) 227-2880
Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  ___  Dec 23, 2016  ___

s/ Doris Jones
Deputy Clerk
U.S. District Courts